UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61074-BLOOM/Valle

CARLOS BAEZ et al.,

    Plaintiffs,

v.

LIGHTNING AUTO RECOVERY, INC. et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. The Court issued an Order Scheduling Mediation on October 23, 2018, requiring a Mediation Report be filed within three days following the Mediation Conference. *See* ECF No. [22]. The Mediation Report was timely filed, but indicated that Defendant Lazaro Acosta failed to appear at the Mediation. *See* ECF No. [31]. Pursuant to Local Rule 16.2(e), a party's attendance at mediation is required "unless excused *in writing* by the presiding Judge." As indicated in the Mediator's Report, Defendant Acosta failed to appear at mediation and the Court has not excused his attendance. Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Acosta must file a response to this Order, by **October 31, 2018,** indicating the reason for the Defendant's absence at the Mediation and why sanctions should not be imposed.

**DONE AND ORDERED** in Miami, Florida, this 24th day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Case No. xx-cv-xxxxx-BLOOM/

Counsel of Record