**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:18-cv-61074-BB

CARLOS BAEZ, &
WAYNE MICHAEL OHLINGER

    Plaintiff,
v.

LIGHTNING AUTO RECOVERY,
INC., LAZARO ACOSTA, BRIAN
SUAREZ, & AVANTI THOMPSON

    Defendants.
_____/

### UNOPPOSED MOTION FOR JOSHUA H. SHESKIN AND THE LAW FIRM OF LUBELL ROSEN TO WITHDRAW AS COUNSEL FOR LAZARO ACOSTA AND LIGHTENING AUTO RECOVERY, INC.

Joshua H. Sheskin Esq., and the Law Firm of Lubell Rosen hereby respectfully, and without opposition, move to withdraw from the representation of Mr. Lazaro Acosta and Lightening Auto Recovery, Inc., and be relieved of all responsibilities related thereto, and as cause state as follows;

1. The irreconcilable differences between Defense Counsel and Mr. Acosta are so severe that a complete breakdown in communication occurred after Mr. Acosta missed a mediation. Undersigned Counsel does not believe that any further effort Undersigned Counsel could expend would reconcile the differences between Mr. Acosta and Undersigned.

2. Mr. Acosta is the corporate representative for Lightening Auto Recovery Inc., and with the breakdown in communication, and the emergences of differences between Undersigned and Mr. Acosta, the continued representation of Lightening Auto Recover, Inc., by Undersigned Counsel and Firm, is no longer possible.

3. The last known address that Undersigned Counsel has for Lighting Auto Recovery, Inc., and Mr. Lazaro Acosta is

775 NW 5th Avenue
Ft. Lauderdale, FL 33311

WHEREFORE; Joshua H. Sheskin Esq., and the Law Firm of Lubell Rosen hereby respectfully, and without opposition, move to withdraw from the representation of Mr. Lazaro Acosta and Lightening Auto Recovery, Inc., and be relieved of all responsibilities related thereto.

### CERTIFICATE OF COMPLIANCE WITH RULE 7.1

Undersigned hereby certifies that her personally conferred with Plaintiff's Counsel who states Plaintiff is not opposed to the relief sought in this motion.

Respectfully submitted, this 31st day of October 2018.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Fort Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:    jhs@lubellrosen.com
>
> By: *s/Joshua H. Sheskin*
>      Joshua H. Sheskin, Esquire
>      Florida Bar No. 93028

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua H. Sheskin*
Joshua H. Sheskin, Esq.

## SERVICE LIST
*0:18-cv-61074-BB Baez et. al. v. Lightning Auto Recovery et. al.*

| | |
|---|---|
| Eliot Kozoclchyk, Esquire | Joshua H. Sheskin, Esquire |
| Koz Law P.A. | LUBELL & ROSEN, LLC |
| 320 S.E. 9th Street | 200 S. Andrews Avenue |
| Ft. Lauderdale, Florida 33316 | Suite 900 |
| (786) 924-9929 | Fort Lauderdale, Florida 33301 |
| ekoz@kozlawfirm.com | jhs@lubellrosen.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Lightening Auto Recovery Inc.,

775 NW 5th Ave.
Ft. Lauderdale, FL 33311

Lazaro Acosta

775 NW 5th Ave.
Ft. Lauderdale, FL 33311