UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-cv-61074-BLOOM/Valle**

CARLOS BAEZ et al.,

   Plaintiffs,

v.

LIGHTNING AUTO RECOVERY, INC. et al.,

   Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Joshua H. Sheskin Esq. and the Law Firm of Lubell Rosen's Unopposed Motion to Withdraw as Counsel for Defendants Lazaro Acosta and Lightning Auto Recovery, Inc. (the "Defendants"), ECF No. [34]. The Court has reviewed the Motion and is fully advised.

On October 31, 2018, Defendants' counsel filed an Unopposed Motion for Withdrawal as Counsel for the Defendants, and requesting that this Court enter an order permitting counsel to withdraw from the above-styled case and from further representation of the Defendants in light of the irreconcilable differences that have arisen between counsel and the Defendants. *See* ECF No. [34].

Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion for Withdrawal as Counsel, **ECF No. [34]**, is **GRANTED**.

2. **Within four (4) days of the entry of this Order**, counsel shall serve a copy of this Order on the Defendants **and file a Notice with the Court indicating when service was made** and indicating that the contents of this Order were thoroughly explained to Defendants.

Case No. 18-cv-61074-BLOOM/Valle

3. Subsequent to filing the Notice, Joshua H. Sheskin Esq. and the Law Firm of Lubell Rosen, shall be relieved of all further responsibilities related to Defendant in these proceedings.

4. Defendants[1] shall have **twenty (20) days** from the date of service of this Order to obtain new counsel and to have their new counsel file a Notice of Appearance with the Court.

**DONE AND ORDERED** in Miami, Florida this 1st day of November, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

---

[1] The Court notes that Defendant Lightening Auto Recovery, Inc. must be represented by counsel, as "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).