UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61074-BLOOM/Valle

CARLOS BAEZ, *et al.*,

    Plaintiffs,

v.

LIGHTNING AUTO RECOVERY, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff Carlos Baez and Wayne Michael Ohlinger ("Plaintiffs") filed the above-captioned action on May 13, 2018, ECF No. [1]. Defendants Lightning Auto Recovery, Inc. and Lazaro Acosta ("Defendants") answered the Complaint on June 18, 2018. ECF No. [10]. On November 1, 2018, the Court granted Defense counsel's Unopposed Motion to Withdraw as Attorney in the above-styled case. ECF No. [35]. The Court ordered the Defendants[1] to retain new counsel and to have their new counsel file a Notice of Appearance by November 23, 2018. ECF No. [35]. Defendants' former counsel served a copy of the Order on Defendants on November 2, 2018. *See* ECF No. [36]. The Defendants did not comply with the Court's Order by the deadline. On December 6, 2018, the Court issued an Order notifying the Defendants of their non-compliance and ordering the Defendants to have their new counsel file a Notice of Appearance no later than December 11, 2018. ECF No. [38]. The Court notified Defendant that "*failure to comply may*

---

[1] The Court notes that Defendant Lightning Auto Recovery, Inc. must be represented by counsel, as "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

*result in the imposition of appropriate sanctions.*"  *Id.*  The time for compliance has passed, and Defendants have not complied, nor have they asked for an extension of time by which to do so.

Accordingly, it is therefore **ORDERED AND ADJUDGED** as follows:

1. Defendants' Answer, ECF No. [10] is **STRICKEN**.

2. The Clerk of the Court **SHALL** enter a Default against Defendants Lightning Auto Recovery, Inc. and Lazaro Acosta in favor of Plaintiffs.

**DONE AND ORDERED** in Miami, Florida, this 12th day of December, 2018.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record